# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| Apiário Diamante Comercial Exportadora Ltda and Apiário Diamante Produção e Comercial de Mel Ltda, <br><br> Plaintiffs, <br><br> v. <br><br> United States, <br><br> Defendant, <br><br> and <br><br> American Honey Producers Association and the Sioux Honey Association, <br><br> Defendant-Intervenors. | Court No. 22-00185 |

## **PLAINTIFF'S COMMENTS ON REMAND RESULTS**

                                                  Daniel J. Cannistra
                                                  Pierce J. Lee

                                                  Crowell & Moring LLP
                                                  1001 Pennsylvania Ave., N.W.
                                                  Washington, D.C.  20004
                                                  Tel: (202) 508-8780
                                                  Email: plee@crowell.com

                                                  *Counsel for Plaintiffs*

Dated:       September 24, 2024

Plaintiffs Apiário Diamante Comercial Exportadora Ltda and Apiário Diamante Produção e Comercial de Mel Ltda (Collectively, "Supermel") hereby notify the Court that Supermel does not object to and concurs with the Department of Commerce's Final Results of Redetermination Pursuant to Court Remand filed on August 26, 2024. Therefore, Supermel respectfully requests that the Court sustain the Department's Remand Redetermination in its entirety.

Respectfully submitted,

/s/  Pierce  J.  Lee
Daniel J. Cannistra
Pierce J. Lee

Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel: (202) 508-8780
Email: plee@crowell.com

*Counsel for Plaintiffs Apiário Diamante Comercial Exportadora Ltda and Apiário Diamante Produção e Comercial de Mel Ltda*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing comments complies with the Rules of this Court and the Court's scheduling order in that it contains no more than 120 words, including text, footnotes, headings, and exhibits and excluding the table of contents, table of authorities, and counsel's signature block.

Pierce Lee